UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION

JUSTIN SIMONS,

    Plaintiff,

v.                                            CASE NO.: 4:21-cv-97

TRANS UNION LLC,

    Defendant.

## NOTICE OF SETTLEMENT

Plaintiff JUSTIN SIMONS and Defendant TRANS UNION, LLC (collectively, the "Parties"), by and through their respective counsel, hereby submit this Notice of Settlement. The Parties have reached an agreement to settle the above-captioned matter in full and are in the process of finalizing the settlement and filing a dismissal with prejudice.

DATED: July 27, 2023

                                                                  By: */s/ Craig C. Marchiando*
                                                                  Craig C. Marchiando, Esq., VSB# 89736
                                                                  Leonard A. Bennett, Esq., VSB# 37523
                                                                 Kevin Dillon, Esq., VSB# 93475
                                                                 CONSUMER LITIGATION ASSOCIATES, P.C.
                                                                  763 J. Clyde Morris Blvd., Suite 1-A
                                                                  Newport News, VA 23601
                                                                  Telephone: (757) 930-3660
                                                                  Facsimile: (757) 930-3662
                                                                  Email: craig@clalegal.com
                                                                  Email: lenbennett@clalegal.com

                                                                  *Counsel for Plaintiff*