IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

JUSTIN SIMONS,

    Plaintiff,

v.

TRANS UNION, LLC,

    Defendant.

Case No. 4:21-cv-97

## ORDER

The Court is in receipt of the parties' Joint Stipulation of Dismissal (ECF No. 48). Accordingly, it is hereby **ORDERED** that Count One is **DISMISSED WITHOUT PREJUDICE** and Count Two is **DISMISSED WITH PREJUDICE.**

The Clerk is **DIRECTED** to send a copy of this Order to all counsel of record.

**IT IS SO ORDERED.**

/s/ *JKW*

Jamar K. Walker
United States District Judge

Newport News, Virginia
August 17, 2023